**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 98 EM 2022 |
|---|---|---|
| Respondent | : | |
| v. | : | |
| ERIC RAMBERT, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the "Motion for Certificate of Word Count Compliance" is DENIED. Petitioner is allotted 15 days in which to file a compliant Petition for Allowance of Appeal.